**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  KCA Deutag UK Finance plc

2. **Debtor's unique identifier**
   
   **For non-individual debtors:**
   
   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
   
   ☑ Other 09015065. Describe identifier UK Company Identifier.
   
   **For individual debtors:**
   
   ☐ Social Security number: xxx – xx– ____ ____ ____ ____
   
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
   
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Neil Gilchrist

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  In the Matter of KCA Deutag UK Finance plc and in the Matter of the Companies Act 2006

5. **Nature of the foreign proceeding**
   
   *Check one:*
   
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   
   ☑ Yes

Debtor __KCA Deutag UK Finance plc__          Case number (*if known*)_____
       Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   __England__

   **Debtor's registered office:**

   __1 Park Row__
   Number    Street

   _____
   P.O. Box

   __Leeds__    __W. Yorkshire__   __LS1__   __5AB__
   City         State/Province/Region   ZIP/Postal Code

   __England__
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   __Bankhead Dr. City South Office Park__
   Number    Street

   _____
   P.O. Box

   __Portlethen__  __Aberdeenshire__  __AB12__  __4XX__
   City         State/Province/Region   ZIP/Postal Code

   __Scotland__
   Country

10. **Debtor's website** (URL)    www.kcadeutag.com

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

      ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☐ Other. Specify: _____

    ☐ Individual

Debtor  **KCA Deutag UK Finance plc**_____     Case number (if known)_____
      Name

| | |
|---|---|
| **12. Why is venue proper in *this district*?** | *Check one:*<br>☑ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:<br>_____.<br>☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:<br>_____. |
| **13. Signature of foreign representative(s)** | I request relief in accordance with chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct,<br><br>✗ /s/ Neil Gilchrist_____   Neil Gilchrist_____<br>   Signature of foreign representative    Printed name<br><br>Executed on  10/15/2020<br>                 MM / DD / YYYY<br><br>✗ _____   _____<br>   Signature of foreign representative    Printed name<br><br>Executed on  _____<br>                 MM / DD / YYYY |
| **14. Signature of attorney** | ✗ /s/ Daniel J. Guyder_____   Date  10/15/2020<br>   Signature of Attorney for foreign representative    MM / DD / YYYY<br><br>Daniel J. Guyder_____<br>Printed name<br>Allen & Overy LLP_____<br>Firm name<br>1221 Avenue of the Americas_____<br>Number    Street<br>New York_____  NY  10020<br>City            State   ZIP Code<br><br>(212) 610-6300_____   daniel.guyder@allenovery.com_____<br>Contact phone            Email address<br><br>2942647_____   NY_____<br>Bar number              State |